**Rana M. SCANLON, Respondent,**

v.

**CAILLE FARM, INC., Uninsured, Relator,**

and

**Minneapolis Radiology Assoc., Intervenor,**

and

**Special Compensation Fund, Respondent.**

No. A04–2259.

Supreme Court of Minnesota.

Jan. 31, 2005.

Katherine Bloomquist, J. Matthew Berner, Bloomquist & Berner, LLC, Minneapolis, MN, for Appellant.

Philip K. Jacobson, Kelly & Jacobson, Minneapolis, MN, for Respondent.

Kay Thompson, Minneapolis Radiology Assoc., Plymouth, MN, for Intervenor.

Lorelei M. Hoyer, St. Paul, MN, for Special Compensation Fund.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed October 26, 2004, be, and the same is, affirmed without opinion. *See Hoff v. Kempton*, 317 N.W.2d 361, 366 (Minn.1982) (summary dispositions have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/

G.   Barry Anderson
Associate Justice